DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866)790-2242
Facsimile: (888)802-2440

Attorney for Plaintiff:
ROSELYN HENSLEY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| ROSELYN HENSLEY, | CASE NO.: 2:14-cv-01220-WBS-AC |
|---|---|
| PLAINTIFF, | **PLAINTIFF'S MOTION FOR CONTINUANCE OF THE PRETRIAL SCHEDULING CONFERENCE, DECLARATION IN SUPPORT THEREOF, AND [~~PROPOSED~~] ORDER GRANTING THEREOF** |
| v. | |
| CYNTHIA JOHNSTON, KENNETH JOHNSTON, ELK GROVE CYCLE CENTER, DA MOTORSPORTS, INC., HONDA OF SACRAMENTO, and DOES 1-10, inclusive, | |
| DEFENDANTS. | |

**LET THIS HONORABLE COURT TAKE NOTICE:**

Plaintiff hereby submits, and requests, through this motion for a continuance of the pretrial scheduling conference, that the court, through its tolerance, continue the scheduled pretrial scheduling conference for at least thirty (30) days, in which to give defendants the necessary time to answer.

**MOTION FOR A CONTINUANCE OF THE PRETRIAL SCHEDULING CONFERENCE AND [PROPOSED] ORDER GRANTING THEREOF**

1

Date:  December 29t[h], 2014                              Respectfully Submitted,

/s/Daniel Malakauskas
By: Daniel Malakauskas
Attorney for Plaintiff,
ROSELYN HENSLEY

### DECLARATION IN SUPPORT OF CONTINUANCE

I, DANIEL MALAKAUSKAS, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am the attorney representing the plaintiff, ROSELYN HENSLEY, in this lawsuit.  I am competent to testify and am personally familiar with the facts of this case.  I became personality familiar with the facts of this case through my own personal knowledge.  If called to testify, I would testify as follows:

1. After filing such lawsuit, Plaintiff, through her attorney, discovered that the defendants, CYNTHIA JOHNSTON and KENNETH JOHNSTON, were represented by attorney, DOUGLAS A. MacDONALD, who is located at 3620 American River Drive, Suite 130, Sacramento, CA 95864.  After several conversations with Mr. MacDONALD, Mr. MacDONALD agreed to waive service on behalf of his clients.  On or around early to November, Plaintiff, through her attorney, sent the complaint and other required documents to Mr. MacDONALD as well as a waiver of service of process form.

2. During the week of November 9th, 2014, Plaintiff, through her attorney, discussed the case with attorney, Mr. MacDONALD.  However, as defendants, DA MOTORSPORTS, INC. and ELK GROVE CYCLE CENTER, were still in the process of being served, attorneys for both sides thought it was better to ask for a continuance.  Attorney Mr. MacDONALD also

**MOTION FOR A CONTINUANCE OF THE PRETRIAL SCHEDULING
CONFERENCE AND [PROPOSED] ORDER GRANTING THEREOF**                               2

thought it best if plaintiff's attorney, MALAKAUSKAS, filed a continuance alone since MacDONALD's clients had not yet formerly appeared.

3. On November 14th, 2014, defendants, DA MOTORSPORTS INC., and ELK GROVE CYCLE CENTER, were served through substituted service.

4. On November 17th, 2014, plaintiff's attorney, DANIEL MALAKAUSKAS, discussed the case once again with attorney, Mr. MacDONALD, for defendants, CYNTHIA JOHNSTON and KENNETH JOHNSTON. Mr. MacDONALD stated that he had never received the acknowledgment and waiver of service of summons form that had been sent by Plaintiff's attorney, DANIEL MALAKAUSKAS. DANIEL MALAKAUSKAS re-sent such acknowledgment and waiver of service of summons to attorney Mr. MacDONALD.

5. Sometime, after November 17th, 2014, attorney for plaintiffs, DANIEL MALAKAUSKAS, was contacted by GAYLYNN CONNANT, attorney for defendants, DA MOTORPSORTS, INC., and ELK GROVE CYCLE CENTER.

6. On December 26th, 2014, plaintiff through her attorney DANIEL MALAKAUSKAS, tentatively reached a settlement with defendants, DA MOTORSPORTS, INC., and ELK GROVE CYCLE CENTER.

7. KENNETH JOHNSTON and CYNTHIA JOHNSTON, still have not appeared in this action through their attorney MacDONALD.

8. Plaintiff needs an additional thirty (30) days in order to discuss the case further with attorney MacDONALD, and to allow enough time for the remaining defendants to respond.

Dated: December 29th, 2014          /s/Daniel Malakauskas_____
                                    DANIEL MALAKAUSKAS, attorney for
                                    plaintiff, ROSELYN HENSLEY

**MOTION FOR A CONTINUANCE OF THE PRETRIAL SCHEDULING
CONFERENCE AND [PROPOSED] ORDER GRANTING THEREOF**                    3

**ORDER**

**IT IS HEREBY ORDERED**, that the pretrial scheduling conference is continued from January 5th, until **March 2, 2015 at 2:00 p.m.**  A Joint Status Report shall be filed no later than February 17, 2015.

Dated:  December 30, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE