1  DANIEL MALAKAUSKAS, SBN 265903
   P.O. Box 7006
2  Stockton, CA 95267
   Telephone: (866)790-2242
3  Facsimile: (888)802-2440

4  Attorney for Plaintiff:
   ROSELYN HENSLEY
5

6

7              **UNITED STATES DISTRICT COURT**

8              **EASTERN DISTRICT OF CALIFORNIA**

9                   **SACRAMENTO DIVISION**

10

11 | | **CASE NO.: 2:14-cv-01220-WBS-AC** |
   |---|---|
12 | ROSELYN HENSLEY, | **PLAINTIFF'S MOTION FOR CONTINUANCE OF THE PRETRIAL SCHEDULING CONFERENCE AND [PROPOSED] ORDER GRANTING THEREOF** |
13 | | |
14 | PLAINTIFF, | |
15 | | |
16 | | |
17 | v. | |
18 | CYNTHIA JOHNSTON, KENNETH JOHNSTON, HONDA OF SACRAMENTO, and DOES 1-10, inclusive, | |
19 | | |
20 | DEFENDANTS. | |

21 **LET THIS HONORABLE COURT TAKE NOTICE:**

22

23

24    Plaintiff hereby submits, and requests, through this motion for a continuance of the

25 pretrial scheduling conference, that the court, through its tolerance, continue the pretrial

26 scheduling conference, scheduled on April 13th, 2015, to June 22nd, 2015 in which to give

27 plaintiff the necessary time to finish serving defendants with process.

28

**MOTION FOR A CONTINUANCE OF THE PRETRIAL SCHEDULING
CONFERENCE AND [PROPOSED] ORDER GRANTING THEREOF**                              1

Date:  April 5th, 2015                                         Respectfully Submitted,


                                                               /s/Daniel Malakauskas
                                                               By: Daniel Malakauskas
                                                               Attorney for Plaintiff,
                                                               ROSELYN HENSLEY


**ORDER**

**IT IS HEREBY ORDERED**, that the pretrial scheduling conference is continued from April 13th, 2015 until June 22nd, 2015 at 2:00 p.m.  A Joint Status Report shall be filed no later than June 8, 2015.

Dated:  April 6, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE